ERIN C. DYER, ISB #10700
CRAIG SWAPP & ASSOCIATES
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA  99216
Telephone: (509) 252-5037
Facsimile: (509) 252-5038
E-mail:  erin.dyer@craigswapp.com

HUMBERTO M. GUIZAR, ESQ.,
CHRISTIAN CONTRERAS, ESQ
THE LAW OFFICES OF HUMBERTO GUIZAR
A PROFESSIONAL CORPORATION
3500 W. Beverly Blvd.,
Montebello, California 90640
Telephone: (323) 725-1151
Facsimile: (323) 597-0101
E-mail: hguizar@ghclegal.com
E-mail: cc@Contreras-Law.com
*(seeking admission Pro Hac Vice)*

Attorneys for Plaintiff, MELISSA WALTON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELISSA WALTON, individually and as successor in interest to ZACHARY SNOW,<br><br>PLAINTIFF,<br><br>vs.<br><br>CITY OF BOISE; OFFICER M. JACOBS; OFFICER C. SNODDERLY; and DOES 1-10<br><br><br>DEFENDANTS. | Case No. 1:23-cv-478-CWD<br><br>**NOTICE OF SETTLEMENT AND PENDING MOTION** |

NOTICE OF SETTLEMENT AND PENDING MOTION -1

**TO THE HONORABLE COURT, AND ALL OTHER INTERESTED PARTIES**

**COMES NOW** Plaintiff MELISSA WALTON, by and through her counsel of record, provide Notice of Settlement and Pending Motion, and in support thereof, state as follows:

1. Plaintiff previously provided notice to the Court that the parties were scheduled to mediate the claims in the pending State action on January 16, 2024.

2. The Parties reached a settlement agreement in principle as to the resolution of the subject matter of this litigation in the pending State proceedings, and as to all Parties and claims on or about January 16, 2024.

2. However, an issue has arisen as to the specific terms of the settlement agreement, and Ms. Walton has filed a motion to enforce the settlement agreement with the Ada County District Court CV01-22-14697 that will not be heard until April 24, 2024. It is anticipated that all issues surrounding the settlement will be resolved through this hearing, but until that occurs, Plaintiff is unable to dismiss this pending action.

WHEREFORE, Plaintiff respectfully requests that the Court should not dismiss this action or set further hearing until after the motion has been heard and a settlement has been fully executed.

Dated: February 21, 2024

**CRAIG SWAPP & ASSOCIATES**

_____
ERIN C. DYER
Attorney for Plaintiff

NOTICE OF SETTLEMENT AND PENDING MOTION -3